IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ANTHONY WASHINGTON,**     **PLAINTIFF**
**ADC #146156**

v.     **CASE NO. 2:13CV00148 BSM**

**DANNY BURL, Warden;** *et al.*     **DEFENDANTS**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe, and the objections submitted by plaintiff Anthony Washington, have been reviewed. After carefully considering the objections and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS, THEREFORE, ORDERED that:

1. Washington's complaint against defendants is dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. This dismissal is considered a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. It is certified that an *in forma pauperis* appeal from this order and the accompanying judgment dismissing this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 27th day of May 2014.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE